UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 19-43465-mlo

**Terry Howard Deutch,**  Chapter 13

    Debtor.  Hon. Maria L. Oxholm

_____/

# UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR FURTHER ENLARGEMENT OF TIME TO FILE NUMEROUS DOCUMENTS IN THE DEBTOR'S BANKRUPTCY CASE

Daniel M. McDermott, United States Trustee, for his Objection to the Debtor's Motion for Further Enlargement of Time to File numerous documents in the Debtor's Bankruptcy case (Docket# 12) (the "Debtor's Motion"), states as follows:

1. Paragraph #1 of the Debtor's Motion states the "Debtors' case was filed on May 11, 2019". That is incorrect in two aspects. First, there is only one Debtor in this case and second, this case was filed on March 11, 2019, not May 11, 2019.

2. Paragraph #4. of the Debtor's Motion again incorrectly references plural debtors (as does Paragraph #5), when there is only one debtor in this case. Further, Paragraph #4. cites to LBR 9013-3 (EDM). That citation is to an incorrect local rule. It is believed the correct citation would be to E.D. Mich. LBR 9006-1.

3. The Notice of the Debtor's Motion indicates in the first paragraph that one of the documents the Debtor is seeking additional time to file is the 2016(b)

Statement Disclosure of Compensation of Attorney. However, the 2016(b) Statement was already filed on March 22, 2019 at Docket #11. It is therefore unclear if another 2016(b) Statement needs to be filed or if this is another mistake.

4. Last, but probably most important, the proposed Order as attached to the Debtor's Motion gave the Debtor until **March 25, 2019** (underline and bold in the original) to file all of the documents as requested. That date has already passed and the additional documents were not filed. That request is now moot by the terms of the Debtor's own proposed Order.

**WHEREFORE**, the United States Trustee respectfully objects to the Debtor's Motion for Further Enlargement of Time to file numerous Bankruptcy documents; requests that the Court disallow any time billed by Debtor's counsel towards the preparation of the Debtor's Motion; and for such other relief as the court deems just.

Respectfully submitted,

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE**
Region 9

By    /s/ Richard A. Roble
Trial Attorney
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
Richard.A.Roble@usdoj.gov
(313) 226-6769

Dated: March 27, 2019